# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**80**
**CAF 14-00236**
PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, SCONIERS, AND DEJOSEPH, JJ.

---

IN THE MATTER OF GABRIELLE SMITH,
PETITIONER-RESPONDENT,

V                                                                              ORDER

CHESTER THOMAS, SR., RESPONDENT-APPELLANT.

---

TIMOTHY P. DONAHER, PUBLIC DEFENDER, ROCHESTER (JANE I. YOON OF COUNSEL), FOR RESPONDENT-APPELLANT.

---------------------------------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Monroe County (Patricia E. Gallaher, J.), entered December 6, 2013 in a proceeding pursuant to Family Court Act article 6. The order granted the petition for a modification of custody.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: February 6, 2015                           Frances E. Cafarell
                                                    Clerk of the Court